# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOSE E. VALEDON,

      Plaintiff,

v.                                                   CASE NO: 8:10-cv-1283-T-26AEP

HARTFORD INSURANCE COMPANY OF
MIDWEST,

      Defendant.

_____/

## O R D E R

    Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike (Dkt. 8) is denied. Now that Defendant has removed this case to this Court it will be required to comply with the requirements of Local Rule 3.01(g) before filing such a motion. Defendant is put on notice that this Court looks with disfavor on motions to strike because it has been this Court's experience that they are nothing more than "time-wasters."

    **DONE AND ORDERED** at Tampa, Florida, on June 9, 2010.


          _s/Richard A. Lazzara_____
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record